**E-Filed 8/20/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE RUIZ, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>ED RICHARD DISCING INC., et al.,<br><br>                Defendants. | Case Number C 07-1593 JF (RS)<br><br>ORDER[1] TENTATIVELY GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO VACATE THE HEARING DATE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>[re: Doc. No. 44] |

      Based upon the administrative motion filed by Defendants on August 18, 2008, it appears that Plaintiffs' motion for summary judgment was filed without leave of court after the dispositive motions cut-off date, and was noticed for a hearing date that was not cleared either with chambers staff or opposing counsel as required by this Court's standing order. Although Plaintiffs have until August 21, 2008 to file a response, *see* Civil L.R. 7-11(b), the Court tentatively will grant Defendants' motion in order to spare Defendants the potentially unnecessary expense of preparing a substantive opposition to the motion for summary judgment.

---

[1] This disposition is not designated for publication in the official reports.

1   The Court's ruling is without prejudice to any timely argument Plaintiffs may choose to make in
2   response to Defendants' administrative motion.
3       IT IS SO ORDERED.
4
5   DATED:  8/20/08
6                                                                        _____
7                                                                        JEREMY FOGEL
                                                                         United States District Judge

2

1  Copies of Order served on:
2
3  Adam Wang waqw@sbcglobal.net
4  Robert S. Lawrence rlawrence@collette.com, kdavis@collette.com, rdivelbiss@collette.com
5  Rod Divelbiss rdivelbiss@collette.com, kdavis@collette.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28