**E-Filed 3/8/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSE RUIZ, et al., <br>     Plaintiffs, <br> v. <br> ED RICHARD DISCING, INC., et al., <br>     Defendants. | Case Number C 07-1593 JF (HRL) <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

On September 8, 2008, the Court issued an order vacating the hearing date on Plaintiffs' motion for summary judgment, noting that Plaintiffs had filed the motion after the cut-off date for dispositive motions and inviting Plaintiffs to file a motion to extend the cut-off date. Plaintiffs did not file a motion to extend the cut-off date for dispositive motions, nor have they filed any documents at all since September 2008.

Accordingly, Plaintiffs are hereby ordered to appear before the Court on March 26, 2010, at 10:30 a.m. and show cause why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: 3/8/2010

                                           JEREMY FOGEL <br>
                                           United States District Judge