ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs

ROD DIVELBISS (SBN 102345)
ROBERT LAWRENCE (SBN 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929
Attorneys for Defendants
ED RICHARD DISCING INC. and
MARCUS JASON FIFIELD

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JOSE RUIZ, VICTOR RUIZ, and AURELIO QUINTERO, individuals,<br><br>Plaintiffs,<br>vs.<br><br>ED RICHARD DISCING, INC., MARCUS JASON FIFIELD, and DOES 1 - 10,<br><br>Defendants | Case No.: C07-01593<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Plaintiffs JOSE RUIZ, VICTOR RUIZ, and AURELIO QUINTERO (collectively, "Plaintiffs") and Defendants ED RICHARD DISCING, INC., MARCUS JASON FIFIELD ( collectively "Defendant"), through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice.

Parties further stipulate that the Court should retain the jurisdiction for the purpose of enforcing the settlement.

IT IS SO STIPULATED.

DATED: June 25_, 2010

LAW OFFICE OF ADAM WANG

By: /s/ Adam Wang
ADAM WANG
Attorneys for Plaintiffs

DATED: June 25, 2010

COLLETTE ERICKSON FARMER & O'NEILL LLP

By: [signature]
ROD DIVELBISS
Attorneys for Defendants
ED RICHARD DISCING INC. and
MARCUS JASON FIFIELD

**~~[PROPOSED]~~ ORDER**

Pursuant to parties' stipulation, **IT IS HEREBY ORDERED** that:

1. This action is dismissed with prejudice;

2. 3. Notwithstanding the dismissal with prejudice, the Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and

4. Each party is to bear its own fees and costs, as provided for in this Settlement Agreement.

Dated: 6/28, 2010

[signature]
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE